IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALFONZO WALKER, JR.**                                                       **PLAINTIFF**

**v.**                                        **CAUSE NO. 1:24CV386-LG-RPM**

**BEAU RIVAGE RESORT**
**AND CASINO**                                                     **DEFENDANT**

### ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO FILE AMENDED COMPLAINT

On September 4, 2025, the Court granted Defendant Beau Rivage's [7] Motion to Dismiss and for More Definite Statement, and ordered Plaintiff Alfonzo Walker, Jr., to file an amended complaint that complied with the instructions in the Court's [13] Order by September 19, 2025. Walker did not file an amended complaint by the deadline so the Court entered an [14] Order to Show Cause why this case should not be dismissed for failure to comply with a court order. Walker filed a timely [15] Response explaining why he missed the Court's deadline and asked the Court for permission to file his amended complaint.

After reviewing Walker's Response and considering his pro se status, the Court finds that he should be permitted to file an amended complaint by **October 16, 2025**. Walker is reminded that the amended complaint must comply with the instructions set forth in the Court's [13] Order Granting Defendant's Motions and Allowing Plaintiff to File an Amended Complaint. Walker is once again cautioned that failure to comply with a court order may result in dismissal of this lawsuit. *See* Fed. R. Civ. P. 41(b).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Alfonzo Walker, Jr., is granted leave to file an amended complaint by **October 16, 2025**.

**SO ORDERED AND ADJUDGED** this the 6th day of October, 2025.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge